UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**NATHANIEL LOCKLEY, individually
and on behalf of those similarly
situated,**

      **Plaintiff,**

v.                                                                               Case No. 3:16-cv-1500-J-39JBT

**EBS SECURITY, INC.,**

      **Defendant.**
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Plaintiff's Notice of Dismissal (Doc. 8; Notice) filed by Plaintiff on January 24, 2017. In the Notice, Plaintiff requests a dismissal of this case. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

1. This case is **DISMISSED without prejudice.**

2. The Clerk of the Court is directed to close the file.

**DONE and ORDERED** in Jacksonville, Florida this 1st day of February, 2017.

_____
BRIAN J. DAVIS
United States District Judge

cs

Copies to:

Counsel of Record